J. Russell Stedman (117130)
rstedman@bargerwolen.com
Brendan V. Mullan (267613)
bmullan@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY OF CANADA

Michael B. Horrow (162917)
mhorrow@donahuehorrow.com
Nichole D. Podgurski (251240)
npodgurski@donahuehorrow.com
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone:  (310) 322-0300
Facsimile:  (310) 322-0302

Attorneys for Plaintiff
LONNIE BOTTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LONNIE BOTTS,<br><br>　　Plaintiff,<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; BERRY PETROLUEM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN,<br><br>　　Defendants. | CASE NO. 1:13-cv-00908-LJO- BAM<br><br>**STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT BERRY PETROLEUM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN WITHOUT PREJUDICE; ORDER**<br><br>Complaint Filed: June 14, 2013 |

STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT BERRY PETROLEUM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN;ORDER
1:13-CV-00908 LJO-BAM

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA  94108
(415) 434-2800

## RECITALS

Plaintiff Lonnie Botts ("Botts") and Defendant Sun Life Assurance Company of Canada ("Sun Life"), through their respective counsel, stipulate and agree as follows:

1. WHEREAS the parties agree that this case is governed by the Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, et seq.  Sun Life has confirmed that BERRY PETROLUEM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN is fully insured under Group Policy No. 10855 at issue to insure benefits for the time period at issue in this case.

2. If, and to the extent, the court awards long-term disability benefits to Plaintiff under the aforementioned Policy, Sun Life agrees that any and all such benefits are payable by Sun Life subject to the terms and conditions of the Policy.  Sun Life also agrees that if any attorneys' fees, interest, costs and other such relief is awarded under ERISA based upon Sun Life's decision on Plaintiff's claim, then it is the proper party for payment of those additional damages.   The parties agree that nothing herein shall be construed as a waiver of Sun Life's right to appeal from any finding of liability by the Court.

3. Sun Life states that it will not raise any defenses to any of the claims currently asserted in the Complaint based on dismissal of the Plan and/or absence of the Plan from litigation.

## STIPULATION

IT IS THEREFORE AGREED AND STIPULATED by Botts and Sun Life, through their respective counsel of record, that the Plan be dismissed, without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and the dismissal of the Plan.  Sun Life shall remain the only named defendant.

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT
BERRY PETROLEUM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN; ORDER
1:13-CV-00908 LJO-BAM

Dated: August 19, 2013            BARGER & WOLEN LLP

By: /s/ J. RUSSELL STEDMAN
J. RUSSELL STEDMAN
BRENDAN V. MULLAN
Attorneys for Defendant
SUN LIFE ASSURANCE COMPANY
OF CANADA

Dated: August 19, 2013            DONAHUE & HORROW, LLP

By: /s/ MICHAEL B. HORROW
MICHAEL B. HORROW
NICHOLE D. PODGURSKI
Attorneys for Plaintiff
LONNIE BOTTS

## ORDER

Based upon the foregoing Stipulation, and good cause appearing therefor, Defendant Berry Petroleum Company Group Term Employee Benefit Plan shall be and hereby is dismissed from this action without prejudice with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation and the dismissal of the Plan. Sun Life shall remain the only named defendant.

IT IS SO ORDERED.

Dated: **August 19, 2013**        /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION OF PARTIES FOR DISMISSAL OF DEFENDANT
BERRY PETROLEUM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN; ORDER
1:13-CV-00908 LJO-BAM