_

DONAHUE & HORROW, LLP

UNITED STATES DISCTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE BOTTS,<br><br>                    Plaintiff,<br><br>         vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; BERRY PETROLUEM COMPANY GROUP TERM EMPLOYEE BENEFIT PLAN,<br><br>                    Defendants. | Case No.:  1:13-CV-00908-LJO-BAM<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES__** |

IT IS HEREBY ORDERED that the above-reference action shall be dismissed in its entirety with prejudice as to all parties.  The parties are to bear their own respective attorneys' fees and costs.  The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:    **December 9, 2013**         **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DONAHUE & HORROW, LLP

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AGAINST ALL PARTIES